[No. 2000.]

ALTMAN ET AL. v. HOFFMAN.

**Appellate Practice—Exceptions—Assignment of Errors.**

Errors assigned to the admission of evidence and to the final judgment will not be considered on review, where no exception was taken to the ruling of the court admitting the evidence nor to the judgment.

*Appeal from the County Court of El Paso County.*

Mr. CHAS. D. GURNEY, for appellants.

Mr. JNO. E. RINKER, for appellee.

THOMSON, J.

The appellee was plaintiff, and the appellants defendants, below.   Error is assigned to the admission of evidence offered by the plaintiff, and to the final judgment.   The defendants objected to the introduction of the evidence referred to; but it was received nevertheless, and they took no exception to the ruling; nor was there any exception to the judgment. By reason of the want of proper exceptions, the record presents no question for our determination.— *Wasson v. Dyer*, 3 Colo. 398; *Burnell v. Wachtel*, 4 Colo. App. 556; *Mining Co. v. Burbridge*, 11 Colo. App. 487.

The judgment is affirmed.

*Affirmed.*